Filed 3/18/13  P. v. Skelton CA4/1

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>    v.<br><br>LATINA SKELTON,<br><br>    Defendant and Appellant. | D062834<br><br><br>(Super. Ct. Nos. SCN300114,<br>SCN266066 & SCN281799) |

APPEAL from a judgment of the Superior Court of San Diego County, K. Michael Kirkman, Judge.  Affirmed.

Latina Skelton entered a negotiated guilty plea to two counts of residential burglary (Pen. Code, §§ 459, 460;[1] counts 2 and 4), one with another person, other than an accomplice, present in the residence (§ 667.5, subd. (c)(21); count 4).  Skelton admitted having a strike prior conviction (§ 667, subds. (b)-(i)).  The court imposed a stipulated 12-year prison sentence:  eight years (twice the middle term) on count 2; two years eight months (one-third the middle term, doubled) on count 4;  and eight-month terms (one-third the middle term) for an attempted residential burglary and a second degree burglary in two cases in which the court had revoked probation.  Skelton appeals.  We affirm.

---

1    All further statutory references are to the Penal Code.

## BACKGROUND

On two separate occasions, Skelton entered a home with the intent to commit theft. On one of those occasions, a person was inside the home.

## DISCUSSION

Appointed appellate counsel has filed a brief summarizing the facts and proceedings below. Counsel presents no argument for reversal, but asks this court to review the record for error as mandated by *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*). Pursuant to *Anders v. California* (1967) 386 U.S. 738 (*Anders*) counsel mentions as possible, but not arguable, issues: (1) whether Skelton's waiver of the right to appeal is valid; (2) whether the guilty plea is constitutionally valid; (3) whether there was a sufficient factual basis for the plea; (4) whether the restitution order was proper; (5) whether credits were calculated correctly; and (6) whether defense counsel was ineffective.

We granted Skelton permission to file a brief on her own behalf. She has not responded. A review of the record pursuant to *Wende* and *Anders*, including the possible issues listed pursuant to *Anders*, has disclosed no reasonably arguable appellate issues. Skelton has been competently represented by counsel on this appeal.

## DISPOSITION

The judgment is affirmed.

McCONNELL, P. J.

WE CONCUR:


AARON, J.


IRION, J.

2